

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2014

No. 04-14-00547-CV

**IN THE INTEREST OF T.S.P.**, A Child,

From the County Court at Law, Medina County, Texas
Trial Court No. 07-06-4710-CCL
Honorable Vivian Torres, Judge Presiding

## O R D E R

Appellant's motion to substitute certified transcript for reporter's recording is GRANTED IN PART. The clerk of this court is DIRECTED to file a copy of the transcription of the court recorder's recording contained in original proceeding number 04-14-00567-CV in this appeal. The parties are permitted to cite to the transcription in their briefs.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court